CONNELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Katherine Con-

nell, as administratrix, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 145 App. Div. 939, 130 N. Y. Supp. 1108.

JENKS, P. J., and CARR, J., dissent, upon the ground that, inasmuch as the case was submitted to the jury upon the question of constructive notice to the defendant, the evidence was not sufficient to establish that fact.

